[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-14216
Non-Argument Calendar

_____

D.C. Docket No. 3:17-cr-00047-HES-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BOBBY RATCLIFFE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(June 12, 2019)

Before MARCUS, WILLIAM PRYOR and GRANT, Circuit Judges.

PER CURIAM:

Ronald Falcon, appointed counsel for Bobby Ratcliffe in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ratcliffe's conviction and sentence are **AFFIRMED**.